STATE OF NEW JERSEY v. JACQUELINE HAMILTON.

February 18, 1981.

Petition for certification denied.

ERNEST A. FANTINI v. THE ZONING BOARD OF ADJUSTMENT
OF THE TOWNSHIP OF EDISON.

February 18, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSE R. VEGA.

February 18, 1981.

Petition for certification denied.

THE BOROUGH OF STONE HARBOR v. WILDWOOD LOCAL 59,
POLICEMEN'S BENEVOLENT ASSOCIATION OF
NEW JERSEY.

February 18, 1981.

Petition for certification denied.